# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ANNA MARIE YOCUM

          Debtor(s)                                     CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                                 CASE NO: 1-24-02703-HWV
          Movant

vs.
ANNA MARIE YOCUM

          Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE
### FOR FAILURE TO OBTAIN CREDIT COUNSELING

AND NOW, on November 7, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on October 21, 2024.

2)    The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Dated:    November 7, 2024                Respectfully submitted,

          /s/  Douglas R. Roeder, Esquire
          Id:  80016
          Attorney for Trustee
          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          Suite A, 8125 Adams Drive
          Hummelstown, PA 17036
          Phone:  (717) 566-6097
          email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


IN RE:    ANNA MARIE YOCUM                    CHAPTER 13

                                              CASE NO: 1-24-02703-HWV

              Debtor(s)


**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss.   The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C.  Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before November 28, 2024 and serve a copy on the movant and counsel.  Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.


Dated:  November 7, 2024                    Respectfully submitted,

                                            /s/ Douglas R. Roeder, Esquire
                                            Id:  80016
                                            Attorney for Trustee
                                            Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA  17036
                                            Phone:  (717) 566-6097
                                            email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    ANNA MARIE YOCUM

CHAPTER 13

Debtor(s)

CASE NO: 1-24-02703-HWV


**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 7, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.


Served Electronically


OFFICE OF THE UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
ANNA MARIE YOCUM
437 LINTON HILL RD.
DUNCANNON, PA 17020


I certify under penalty of perjury that the foregoing is true and correct.


Date:  November 7, 2024

/s/  Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ANNA MARIE YOCUM

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant

CASE NO: 1-24-02703-HWV

vs.
ANNA MARIE YOCUM

Respondent(s)

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to rule on any timely filed fee application.